**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**KENNETH B. EATON, #L4298**                                                         **PLAINTIFF**

**VERSUS**                                   **CIVIL ACTION NO. 5:06cv151DCB-MTP**

**T. THOMAS**                                                                      **DEFENDANT**

## **FINAL JUDGMENT**

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed without prejudice for Plaintiff's failure to comply with the orders of this court.

SO ORDERED AND ADJUDGED, this the 7th day of March, 2007.

                                                  <u>S/DAVID BRAMLETTE</u>
                                                  UNITED STATES DISTRICT JUDGE